```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  JEAN M. HOBLER
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916) 554-2909
```

**FILED**

FEB 1 7 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States | 2:09-SW-0040 DAD |
| v. | Case No. |
| 6909 Cross Woods Circle, Unit #148<br>Citrus Heights, CA 95621<br>Light Colored, Two Story Apartment | SEALING ORDER |

Upon Application of the United States of America and good cause having being shown therefor,

IT IS HEREBY ORDERED that documents in the above referenced case shall be sealed until further order of the Court.

DATED: 2/17/09

_____
HONORABLE DALE A. DROZD
United States Magistrate Judge

1