```
1  LAWRENCE G. BROWN
   Acting United States Attorney
2  JEAN M. HOBLER
   Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
```



**FILED**

MAY 28 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| United States, | ) | |
|---|---|---|
| v. | ) | Case No. 2:09-SW-0040 DAD |
| 6909 Cross Woods Circle, Unit #148 | ) | ORDER EXTENDING |
| Citrus Heights, CA 95621 | ) | COMPUTER SEARCH PROTOCOL |
| Light Colored, Two Story Apartment | ) | |
| | ) | **FILED UNDER SEAL** |

**SEALED**

Upon Application of the United States of America and good cause having being shown therefor,

IT IS HEREBY ORDERED that the computer equipment seized pursuant to the search warrant in this matter may be held by the government to and including August 28, 2009, for purposes of forensic examination, consistent with all other terms of the search warrant in this matter.

DATED: May 28, 2009

GREGORY G. HOLLOWS
_____
HONORABLE GREGORY G. HOLLOWS
United States Magistrate Judge

1