```
LAWRENCE G. BROWN
United States Attorney
JEAN M. HOBLER
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2909
```

**FILED**

AUG 1 0 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States ) <br> ) <br> v.   ) <br> ) <br> 6909 Cross Woods Circle, Unit #148) <br> Citrus Heights, CA 95621         ) <br> Light Colored, Two Story Apartment) <br> ) <br> _____) | Case No.  2:09-SW-00040 DAD <br><br> ORDER TO UNSEAL SEARCH <br> WARRANT, AFFIDAVIT AND <br> RETURN |

Upon Application of the United States of America and good cause having being shown therefor,

IT IS HEREBY ORDERED that the search warrant, related affidavit, and return in this case be unsealed.

DATED: _8/10/09_

_____
HONORABLE KIMBERLY J. MUELLER
United States Magistrate Judge

1